```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF CALIFORNIA




UNITED STATES OF AMERICA,      )     16-CR-1585-JLS
        PLAINTIFF,             )
                               )
VS.                            )     SAN DIEGO, CA
                               )     APRIL 24, 2017
MARIA DE JESUS LOPEZ,          )     2:00 P.M.
        DEFENDANT.             )



                   TRANSCRIPT OF EVIDENTIARY HEARING

              BEFORE THE HONORABLE JANIS L. SAMMARTINO

                      UNITED STATES DISTRICT JUDGE




APPEARANCES:

FOR THE GOVERNMENT:    OFFICE OF THE U. S. ATTORNEY
                       BY:  ADRIANA E. AHUMADA, ESQ.
                            SHANE P. HARRIGAN, ESQ.
                       880 FRONT STREET, RM. 6293
                       SAN DIEGO, CA  92101

FOR THE DEFENDANT:     BURCHAM & ZUGMAN APC
                       BY: DAVID J. ZUGMAN, ESQ.
                       1010 SECOND AVE., SUITE 1800
                       SAN DIEGO, CA  92101

COURT REPORTER:        FRANK J. RANGUS, OCR
                       U. S. COURTHOUSE
                       333 W. BROADWAY, SUITE 420
                       SAN DIEGO, CA  92101
                       (619) 318-8590


PROCEEDINGS RECORDED BY ELECTRONIC STENOGRAPHY; TRANSCRIPT
PRODUCED BY COMPUTER.
```

I N D E X

WITNESSES

ON BEHALF OF

THE GOVERNMENT:

|  | DR | CR | RD | RC |
|---|---|---|---|---|
| JOSE MEZA | 4 | 11 | -- | -- |

1          THE COURTROOM CLERK: NUMBER ONE ON THE CALENDAR,
2  16-CR-1585, UNITED STATES VS. MARIA DE JESUS LOPEZ, FOR A
3  SECOND-DAY EVIDENTIARY HEARING.
4          MS. AHUMADA: GOOD AFTERNOON, YOUR HONOR.
5          ADRIANA AHUMADA AND SHANE HARRIGAN FOR THE UNITED
6  STATES.
7          THE COURT: OKAY. THANK YOU. GOOD AFTERNOON.
8          MR. ZUGMAN: GOOD AFTERNOON, YOUR HONOR.
9          DAVID ZUGMAN ON BEHALF OF MISS LOPEZ, WHO IS PRESENT
10 IN CUSTODY.
11         THE COURT: OKAY. VERY WELL.
12         LET'S CONTINUE, AND I THINK THE GOVERNMENT HAS A
13 WITNESS TO CALL.
14         MS. AHUMADA: YES, YOUR HONOR.
15         THE COURT: CORRECT?
16         MS. AHUMADA: THE UNITED STATES CALLS BORDER PATROL
17 AGENT JOSE MEZA.
18         THE DEPUTY CLERK: PLEASE RAISE YOUR RIGHT HAND.
19         (WITNESS SWORN.)
20         THE WITNESS: I DO.
21         THE DEPUTY CLERK: THANK YOU. HAVE A SEAT OVER HERE.
22         STATE YOUR FULL NAME FOR THE RECORD AND SPELL YOUR
23 LAST NAME SLOWLY.
24         THE WITNESS: MY NAME'S JOSE MEZA. MY LAST NAME IS
25 M-E-Z-A.

| | |
|---|---|
| 1 | JOSE MEZA, SWORN WITNESS, TESTIFIES: |
| 2 | DIRECT EXAMINATION BY MS. AHUMADA: |
| 3 | Q. GOOD AFTERNOON, AGENT MEZA.  HOW ARE YOU DOING TODAY? |
| 4 | A. GOOD. |
| 5 | Q. ALL RIGHT.  SO, HOW ARE YOU PRESENTLY EMPLOYED? |
| 6 | A. I WORK FOR THE UNITED STATES BORDER PATROL. |
| 7 | Q. HOW LONG HAVE YOU WORKED FOR THE UNITED STATES BORDER |
| 8 | PATROL? |
| 9 | A. ALMOST 12 YEARS. |
| 10 | Q. AND WHERE HAVE YOU WORKED?  IN WHAT STATIONS HAVE YOU |
| 11 | WORKED AS A UNITED STATES BORDER PATROL? |
| 12 | A. THE ONLY STATION THAT I HAVE WORKED AT HAS BEEN THE INDIO |
| 13 | BORDER PATROL STATION. |
| 14 | Q. AND WERE YOU WORKING ON JUNE 10TH, 2016? |
| 15 | A. YES, I WAS. |
| 16 | Q. AND ARE YOU FAMILIAR WITH THE INDIO, THE CHECKPOINT AT |
| 17 | INDIO NEAR THE, I BELIEVE IT'S THE HIGHWAY 86 CHECKPOINT? |
| 18 | A. YES, I AM. |
| 19 | Q. HOW MANY YEARS HAVE YOU BEEN WORKING AT THAT CHECKPOINT? |
| 20 | A. SINCE I'VE BEEN THERE AT INDIO, SO ALMOST 12 YEARS. |
| 21 | Q. AND CAN YOU DESCRIBE HOW THE CHECKPOINT WORKS IN TERMS OF |
| 22 | A PRIMARY AGENT DOING IMMIGRATION CHECKS? |
| 23 | A. WELL, IF YOU'RE AT PRIMARY AT THE TIME, YOU HAVE TO |
| 24 | INSPECT THE VEHICLES COMING THROUGH. |
| 25 | Q. ALL RIGHT.  WHAT DOES THAT MEAN? |

1   A.   WELL, WE ASK FOR IMMIGRATION IF IT'S AN IMMIGRATION
2   INSPECTION, SO WE STOP THE VEHICLE AND WE QUESTION THEM --
3   Q.   SO --
4   A.   -- AS TO THEIR CITIZENSHIP.
5   Q.   -- HOW DO THE CARS GET FUNNELED INTO THE CHECKPOINT?
6   A.   THEY GO IN THROUGH THE SHOE.  I MEAN, IT'S JUST,
7   BASICALLY, IT'S A TWO-LANE HIGHWAY THAT TURNS INTO ONE AS SOON
8   AS THEY START COMING IN.
9   Q.   OKAY.  AND THEN THEY WAIT IN LINE AND (PAUSE) --
10  A.   THEY WAIT IN LINE.  CORRECT.
11  Q.   AND YOU DECIDE CERTAIN CARS ARE GOING TO GET, TO RECEIVE
12  AN IMMIGRATION INSPECTION, OR DO ALL CARS RECEIVE AN
13  IMMIGRATION INSPECTION?
14  A.   DEPENDING ON THE AGENT THAT'S DOING PRIMARY AND ALSO
15  DEPENDING ON HOW FAR THE TRAFFIC IS, BECAUSE UP TO A CERTAIN
16  DISTANCE CALTRANS DOESN'T THINK IT'S SAFE SOMETIMES, SO WE
17  KIND OF HAVE TO, LIKE, MOVE ALONG FASTER.
18  Q.   AND ONCE A CAR GETS UP TO YOU AND YOU'RE THE PRIMARY
19  AGENT, WHAT DO YOU MEAN BY CONDUCTING AN IMMIGRATION
20  INSPECTION?  WHAT DOES THAT MEAN FOR YOU?
21  A.   WELL, AS SOON AS THEY COME UP, I IDENTIFY MYSELF.  I'LL
22  SAY, UNITED STATES BORDER PATROL, AND I JUST ASK THEM THEIR
23  CITIZENSHIP.
24  Q.   AND AFTER THAT?
25  A.   WHETHER THEY -- THEY COULD SAY THEY'RE U. S. CITIZENS, OR

1 THEY CAN JUST SAY RESIDENTS, OR SOMETIMES THEY JUST HAND ME
2 THE DOCUMENT AND I LOOK AT IT.
3 Q. AFTER YOU ASK THEM, IF THEY HAVEN'T HANDED YOU A DOCUMENT,
4 DO YOU ASK FOR A DOCUMENT?
5 A. AFTER THEY WHAT?
6 Q. AFTER YOU ASK THEM, ARE YOU A UNITED STATES CITIZEN, DO
7 YOU ASK THEM FOR DOCUMENTS TO SHOW THAT THEY ARE, IN FACT,
8 UNITED STATES CITIZENS?
9 A. SOMETIMES. NOT ALWAYS.
10 Q. OKAY. AND DOES THAT JUST DEPEND ON THE FACTORS YOU
11 PREVIOUSLY MENTIONED?
12 A. YES.
13 Q. LIKE THE LENGTH OF THE LINE.
14 A. YES.
15 Q. AND ANY SUSPICIONS YOU MAY HAVE.
16 A. YES, THAT ALSO.
17 Q. DO YOU DO ANYTHING ELSE?
18 A. YEAH. WHEN I GET THEIR DOCUMENT, IF THEY PHYSICALLY HAND
19 ME THE DOCUMENT, I LOOK AT IT AND I LOOK AT THE DOCUMENT AND I
20 MAKE SURE THAT THE DOCUMENT IS VALID, IS NOT A FAKE, AND THEN
21 I LOOK AT THE PERSON TO SEE IF IT MATCHES THE DOCUMENT THEY
22 HANDED TO ME, BECAUSE SOMETIMES WE GET IMPOSTERS.
23 Q. DO YOU DO ANYTHING ELSE OTHER THAN LOOK AT THE DOCUMENT
24 AND CHECK WHETHER THE DOCUMENT MATCHES THE PERSON IN THE
25 VEHICLE AND WHETHER THE DOCUMENT'S REAL OR NOT?

1   A.  OH, I ALWAYS LOOK IN THE BACK SEAT JUST IN CASE.
2   SOMETIMES, IT'S, YOU KNOW, IT'S HAPPENED BEFORE WHERE THERE
3   MIGHT BE SOMEBODY HIDING BEHIND THE BACK SEAT, YOU KNOW, OR
4   LAYING DOWN, OR SOMETIMES YOU SEE CLOTHES AND THERE'S SOMEBODY
5   BACK THERE.  SO IT'S BASICALLY LIKE THEY COME UP, I ASK, YOU
6   KNOW, I IDENTIFY MYSELF, I CHECK THE DOCUMENTS, AND I'LL
7   GLANCE INSIDE THE VEHICLE.
8   Q.  AND IF EVERYTHING'S CLEAR TO GO, IS THAT THE ENTIRETY OF
9   THE INSPECTION?
10  A.  YES, AND I'M DONE.  THEY'RE FREE TO GO.
11  Q.  HOW LONG CAN THAT TAKE YOU?
12  A.  IT TAKES -- IT DOESN'T TAKE THAT LONG.  IT TAKES LONGER
13  WHEN THERE'S MULTIPLE PEOPLE.  IF THERE'S MULTIPLE PEOPLE IN
14  THE VEHICLE, YES, IT'S GOING TO TAKE ME LONGER.  IF IT'S ONLY
15  A SINGLE OCCUPANT, IT COULD BE FAST, AS LONG AS I'M SATISFIED
16  WITH THEM BEING THE PERSON IN THAT DOCUMENT THEY HANDED ME.
17  Q.  OKAY.  AND WOULD YOU SAY IT CAN TAKE UP TO A MINUTE IF
18  THERE'S JUST ONE PERSON IN THE CAR?
19  A.  YES.
20  Q.  SO LET'S GO TO JUNE 10TH, 2016.  WERE YOU WORKING THAT
21  MORNING?
22  A.  YES, I WAS.
23  Q.  AROUND 8:45 A.M.?
24  A.  YES.
25  Q.  AND DID YOU INSPECT ANYBODY HERE IN THIS ROOM TODAY?

1  A.  I BELIEVE SHE'S SITTING RIGHT THERE.
2  Q.  ALL RIGHT.  CAN YOU DESCRIBE WHAT SHE'S WEARING AND WHERE
3  SHE'S SITTING IN THE COURTROOM?
4  A.  SHE'S SITTING, I BELIEVE, NEXT TO HER LAWYER, MAYBE, AND
5  SHE'S WEARING GREEN.
6  Q.  OKAY.
7          MS. AHUMADA:  CAN THE RECORD REFLECT THAT HE'S
8  IDENTIFIED THE DEFENDANT?
9          THE COURT:  YES.
10         BY MS. AHUMADA:
11 Q.  ALL RIGHT.  AND WHEN YOU CONDUCTED THAT INSPECTION, WHY
12 DID YOU DECIDE TO CONDUCT THAT INSPECTION?
13 A.  BECAUSE THAT'S MY JOB.  IF THE CAR'S COMING THROUGH, I'M
14 GOING TO STOP HER.  ESPECIALLY IN THE MORNING, THERE'S HARDLY
15 ANY TRAFFIC.
16 Q.  IS THERE A REASON THAT YOU PICKED HER OUT IN PARTICULAR?
17 A.  NO.  IT'S JUST THAT'S MY JOB.
18 Q.  OKAY.  AND DID ANYBODY ELSE INSPECT THE VEHICLE WHILE YOU
19 WERE INSPECTING HER?
20 A.  YES, MR. BARRAGAN, THE CANINE HANDLER.
21 Q.  DID HE TELL YOU ANYTHING BEFORE HE INSPECTED HER?
22 A.  WHEN HE CAME OUT, HE JUST TOLD ME THAT SHE HAD A CROSSING,
23 THE VEHICLE HAD A CROSSING AT THE P.O.E.
24 Q.  HOW DID HE TELL YOU THAT?
25 A.  HE GOES, WELL, HE GOES POSITIVE 72, WHICH FOR US MEANS

1  THAT, THAT MEANS SHE HAD A CROSSING BECAUSE (PAUSE) --
2  Q. WITHIN WHAT PERIOD OF TIME?
3  A. WHEN HE JUST, WHEN HE COMES OUT.
4  Q. NO, NO, NO, NO. A CROSSING WITHIN WHAT PERIOD OF TIME?
5  A. OH. HE JUST SAID POSITIVE 72. HE WASN'T SPECIFIC ABOUT
6  WHEN.
7  Q. DOES THAT MEAN, THAT CROSSING 72 MEAN WITHIN THE LAST 72
8  HOURS?
9  A. YES, YES. OH, OKAY.
10 Q. YES.
11 A. THAT'S WHAT YOU MEAN. YES.
12 Q. ALL RIGHT. SO -- AND AFTER HE DID THAT, DID YOU BEGIN
13 YOUR IMMIGRATION INSPECTION?
14 A. YEAH, BECAUSE HE JUST WENT BY ME. HE JUST SHHHH (WITNESS
15 MAKING SOUND) AND HE GOES AROUND THE VEHICLE.
16 Q. WHEN HE WENT BY YOU, HAD YOU ALREADY STARTED SPEAKING WITH
17 THE DEFENDANT?
18 A. I DON'T BELIEVE SO. I WAS WALKING TOWARDS HER, BECAUSE I
19 THINK -- I'M TRYING TO REMEMBER, BUT SOMETIMES THEY DON'T PULL
20 UP RIGHT NEXT TO US. WE HAVE TO, LIKE, WALK A LITTLE BIT. I
21 DON'T KNOW WHY. BUT I THINK I WALKED A LITTLE BIT UP TO HER
22 VEHICLE AND THEN I ASKED HER, BUT MR. BARRAGAN WAS ALREADY
23 DOING HIS THING.
24 Q. ALL RIGHT. AND WHEN YOU ASKED HER THE IMMIGRATION
25 QUESTIONS, WHAT QUESTIONS DID YOU ASK HER THAT DAY?

1    A.   I ASKED HER IF SHE WAS A U. S. CITIZEN.

2    Q.   DO YOU REMEMBER HER RESPONSE?

3    A.   THAT SHE HANDED ME A DOCUMENT --

4    Q.   ALL RIGHT.

5    A.   -- OF HER PASSPORT, I BELIEVE.

6    Q.   AND WHEN SHE HANDED YOU THE DOCUMENT OF A PASSPORT, WHAT

7    DID YOU DO WITH IT?

8    A.   I LOOKED AT IT TO MAKE SURE IT'S NOT A FAKE DOCUMENT.

9    Q.   AND DID YOU CHECK WHETHER IT MATCHED HER?

10   A.   YES, I ALSO CHECKED IF IT MATCHED HER.

11   Q.   AND DID YOU DO ANYTHING ELSE?

12   A.   YEAH.  I LOOKED IN HER VEHICLE.

13   Q.   ALL RIGHT.  AND AFTER YOU HAD DONE THAT, DID YOU DO

14   ANYTHING ELSE?

15   A.   YEAH.  I GLANCED AT MR. BARRAGAN.

16   Q.   WHAT HAPPENED?

17   A.   HE GAVE ME THE SIGNAL TO SEND HER TO SECONDARY.

18   Q.   WHAT'S THE SIGNAL TO SEND HER TO SECONDARY?

19   A.   HE PUTS UP A NUMBER TWO, MEANING SEND HER TO SECONDARY

20   BECAUSE HER DOG ALERTED.

21   Q.   SO NUMBER TWO WITH HIS HAND?

22   A.   YES.

23   Q.   AND WHAT DID YOU DO AFTER THAT?

24   A.   I REFERRED HER TO SECONDARY.  I TOLD HER TO PULL OVER.

25   Q.   WAS THERE ANY LENGTH OF TIME BETWEEN THE TIME YOU SAW THE

1  NUMBER TWO AND THE TIME YOUR INSPECTION ENDED?  WAS THERE ANY
2  ADDITIONAL TIME THAT PASSED?
3  A.  NO, BECAUSE WHEN I ASKED HER, YOU KNOW, WHEN I DID MY
4  IMMIGRATION INSPECTION AND ALL THAT, I WAS -- I LOOKED AT IT.
5  I GLANCED OVER AND HE HAD ALREADY, LIKE, TOLD ME TO SEND HER
6  OVER.
7  Q.  ALL RIGHT.
8          MS. AHUMADA:  NOTHING FURTHER.
9          THE COURT:  OKAY.  THANK YOU.
10         CROSS-EXAMINATION, MR. ZUGMAN.
11         MR. ZUGMAN:  THANK YOU, YOUR HONOR.  BRIEFLY.
12         CROSS-EXAMINATION BY MR. ZUGMAN:
13 Q.  GOOD AFTERNOON, MR. MEZA.
14 A.  HOW YOU DOING?
15 Q.  I'M WELL.  SO 12 YEARS AT THE 86 CHECKPOINT.
16 A.  ALMOST 12 YEARS.
17 Q.  SO, DID THEY ALWAYS HAVE VIDEO AT THE CHECKPOINT EVER
18 SINCE YOU'VE BEEN THERE?
19 A.  I BELIEVE SO.
20         MS. AHUMADA:  OBJECTION, YOUR HONOR.  THERE'S A
21 REASON THIS VIDEO WASN'T PRESENTED.  I THINK WE'RE GOING TO GO
22 INTO AN AREA --
23         MR. ZUGMAN:  THAT'S NOT WHAT I'M GOING TO ARGUE
24 ABOUT.
25         MS. AHUMADA:  ALL RIGHT.

```
 1              MR. ZUGMAN:  PROMISE.
 2              THE COURT:  OKAY.  GO AHEAD.
 3              BY MR. ZUGMAN:
 4   Q.   SO, SOMETIMES (PAUSE) -- WHEN YOU'RE AT THE CHECKPOINT,
 5   THERE ARE PEOPLE WHO, THERE ARE CANINE HANDLERS WHO HAVE THE
 6   DOGS, RIGHT?
 7   A.   YES.
 8   Q.   AND SOMETIMES THEY HANG OUT IN THE BOOTH.
 9   A.   YES.
10   Q.   AND SOMETIMES THEY'RE INSPECTING IN THE LINE, RIGHT?
11   A.   YES.
12   Q.   AND SOMETIMES THAT INSPECTION OCCURS BEFORE THEY ACTUALLY
13   HIT PRIMARY, BEFORE YOU ASK YOUR FIRST QUESTION.
14   A.   YEAH, BECAUSE THEY'RE RUNNING THE DOG UP FRONT SOMETIMES.
15   Q.   OKAY.  I HAVE --
16   A.   THEY'RE GOING THROUGH THE LINE.
17   Q.   YES.
18              MR. ZUGMAN:  AND CAN THE RECORD REFLECT THAT HE MADE
19   A WAVY MOTION --
20              THE COURT:  OKAY.
21              MR. ZUGMAN:  -- THAT HE WENT THROUGH THE LINE?
22              BY MR. ZUGMAN:
23   Q.   DO YOU HAVE ANY SPECIFIC MEMORY OF YOUR INTERACTION WITH
24   MISS LOPEZ?
25   A.   SHE'S KIND OF VAGUE.  I SAW THE PICTURE; THAT'S WHY I
```

1 REMEMBER.

2 Q. DID YOU REVIEW YOUR REPORT?

3 A. I LOOKED AT IT.

4 Q. OKAY.

5 MR. ZUGMAN: AND I HAVE JUST ONE REPORT FROM YOU. IS

6 THAT CORRECT?

7 MS. AHUMADA: YES.

8 MR. ZUGMAN: OKAY.

9 BY MR. ZUGMAN:

10 Q. AND DO YOU KNOW ANOTHER OFFICER BY THE NAME OF -- OH, I'M

11 GOING TO (PAUSE) -- SAKAGUCHI?

12 A. YES.

13 Q. RIGHT HERE?

14 A. YES.

15 Q. WHO IS SAKAGUCHI?

16 A. SHE'S ANOTHER -- SHE'S AN AGENT.

17 Q. OKAY. AND WAS SHE INVOLVED IN THE INSPECTION OF MISS

18 LOPEZ?

19 A. SHE MIGHT HAVE BEEN IN SECONDARY.

20 Q. OKAY. AND DO YOU KNOW OF ANY REASON WHY SHE WOULD SAY

21 THAT THIS WAS A PRE-PRIMARY ALERT? IS THAT CONSISTENT WITH

22 YOUR MEMORY OF THE ENCOUNTER WITH MISS LOPEZ?

23 A. DID SHE SAY THAT? SHE SAID THAT IT WAS A PRE-PRIMARY

24 ALERT?

25 Q. I CAN HAND YOU THE REPORT, BUT I'M JUST ASKING YOU TO

```
 1    ANSWER FROM YOUR MEMORY.
 2    A.   FROM MY MEMORY.  OKAY.  YES.  WHEN, WHEN SHE CAME UP, I
 3    DID MY IMMIGRATION.  I LOOKED AT MR. BARRAGAN, AND HE TOLD ME
 4    TO SEND HER TO SECONDARY.
 5    Q.   OKAY.
 6              MR. ZUGMAN:  I HAVE NOTHING FURTHER.
 7              THANK YOU.
 8              THE COURT:  OKAY.
 9              MISS AHUMADA, ANYTHING FURTHER OF THIS WITNESS?
10              MS. AHUMADA:  NO, YOUR HONOR.  THANK YOU.
11              THE COURT:  OKAY.
12              THANK YOU VERY MUCH, SIR.  YOU MAY STEP DOWN.  YOU'RE
13    EXCUSED.
14              THE WITNESS:  THANK YOU, YOUR HONOR.
15              (THE WITNESS STOOD ASIDE.)
16              MR. ZUGMAN:  WE HAVE NO FURTHER EVIDENCE TO OFFER.
17              THE COURT:  OKAY.
18              AND NOTHING FURTHER FROM THE GOVERNMENT?
19              MS. AHUMADA:  NO, YOUR HONOR.
20              THE COURT:  SO THE RECORD'S COMPLETE.  YOU'VE
21    ADMITTED ALL THE EXHIBITS THAT NEED TO BE ADMITTED.  WE'VE
22    TAKEN CARE OF THAT PREVIOUSLY.
23              MR. ZUGMAN:  YES, YOUR HONOR.
24              THE COURT:  OKAY.
25              MR. ZUGMAN:  AND, YOUR HONOR, I'VE ORDERED THE
```

```
 1   TRANSCRIPT FOR THE EVIDENTIARY HEARING, AND I'LL FILE (PAUSE,
 2   OFF-THE-RECORD DISCUSSION AMONG COUNSEL).
 3            OH.  THERE'S STILL THE SCREENSHOT.  IF YOUR HONOR
 4   RECALLS THE LPR SYSTEM, THE SCREENSHOT.
 5            THE COURT:  THAT'S CORRECT.
 6            MR. ZUGMAN:  YES.  I HAD FORGOTTEN ABOUT THAT.
 7            THE COURT:  DO WE HAVE THAT TODAY?
 8            MR. HARRIGAN:  YOUR HONOR, I SPOKE TO THE SUPERVISOR
 9   OF THE CANINE UNIT.  HE CHECKED INTO IT.  HE GOT AN EMAIL
10   TODAY.  HE THINKS THEY'RE ACTUALLY GOING TO BE ABLE TO MAYBE
11   CAPTURE THE ACTUAL --
12            THE COURT:  GREAT, GREAT.
13            MR. HARRIGAN:  -- OR A DUPLICATE OF IT.  I'D JUST
14   CONFIRM AGAIN WE GOT THAT.  THE LPN DOES NOT REFLECT THE
15   CITIZENSHIP, BUT WE'LL PROVIDE --
16            MR. ZUGMAN:  TRUST AND VERIFY, YOUR HONOR.
17            MR. HARRIGAN:  HOPEFULLY, BY TOMORROW MORNING, WE'LL
18   HAVE IT.
19            THE COURT:  OKAY.  SO AT THAT POINT THAT WILL BE
20   PROVIDED TO MR. ZUGMAN.  IS THAT GOING TO BE PART OF THIS
21   RECORD OR NOT, OR NOT NECESSARY, MR. ZUGMAN?
22            MR. ZUGMAN:  IF IT DOESN'T SAY ANYTHING ABOUT HER
23   CITIZENSHIP STATUS, THEN I WILL NOT PUT IT IN EVIDENCE
24            THE COURT:  AND IF YOU SEE SOMETHING THAT YOU THINK
25   IS RELEVANT, YOU'LL CONTACT THE GOVERNMENT AND MAYBE DO IT BY
```

1     STIPULATION, OR SOMETHING.

2         MR. HARRIGAN: EXACTLY, YOUR HONOR.

3         MR. ZUGMAN: YES.

4         THE COURT: OKAY. SO AT THIS POINT YOU'VE ORDERED A

5     TRANSCRIPT OF THE PRIOR WITNESSES AND TODAY.

6         MR. ZUGMAN: I WILL ORDER TODAY'S, YES.

7         THE COURT: YOU WILL ORDER IT TODAY. AND WHEN

8     EVERYBODY RECEIVES THAT, YOU WANT AN OPPORTUNITY TO SUBMIT

9     SIMULTANEOUS BRIEFING BY WAY OF CLOSING ARGUMENT ON THIS?

10         MR. ZUGMAN: OR I CAN GO FIRST. EITHER WAY.

11         THE COURT: HOW WOULD YOU LIKE THE BRIEFING TO BE

12     STRUCTURED ON THIS? IT CAN BE SIMULTANEOUSLY. MR. ZUGMAN IS

13     WILLING TO GO FIRST. HOWEVER.

14         MS. AHUMADA: I WOULD PREFER, BECAUSE I THINK THE --

15     THE HEARING HAS KIND OF SHIFTED A LITTLE BIT ABOUT WHERE I

16     THOUGHT THE ISSUES WERE GOING, SO I'D ACTUALLY PREFER TO

17     RESPOND. I BELIEVE I'D PROBABLY NEED ABOUT A WEEK TO RESPOND.

18         THE COURT: OKAY. SO LET'S GIVE A WEEK FOR THE

19     TRANSCRIPT.

20         MR. ZUGMAN: I'LL DO THE END OF -- WHATEVER WEEK I

21     GET THE TRANSCRIPT, I'LL HAVE IT DONE BY THAT FRIDAY. THREE

22     DAYS FROM THE HEARING, I'LL HAVE IT DONE, OR FROM MY RECEIPT

23     OF THE TRANSCRIPT. I SHOULD MAKE THAT CLEAR.

24         THE COURT: OKAY. SO HOW ABOUT, NOT THIS FRIDAY, BUT

25     A WEEK FROM THIS FRIDAY, ALEX? LET'S SEE.

17

```
 1            THE DEPUTY CLERK:  NEXT FRIDAY IS MAY 5TH.
 2            THE COURT:  OKAY.
 3            MR. ZUGMAN, CAN YOU SUBMIT YOUR BRIEF ON MAY 5TH?
 4            MR. ZUGMAN:  ABSOLUTELY.
 5            THE COURT:  BRIEF BY THE DEFENSE MAY 5TH.
 6            AND THEN HOW MUCH TIME DOES THE GOVERNMENT WANT TO
 7   RESPOND?  DO YOU WANT TWO WEEKS, A WEEK?
 8            MS. AHUMADA:  TWO WEEKS, YOUR HONOR.  COULD WE HAVE
 9   TWO WEEKS?
10            THE COURT:  OKAY.
11            SO GO TWO WEEKS AFTER THAT, ALEX, IS WHEN?
12            THE DEPUTY CLERK:  MAY 19TH.
13            THE COURT:  MAY 19TH FOR THE GOVERNMENT.
14            (OFF-THE-RECORD DISCUSSION BETWEEN THE COURT AND THE
15   COURTROOM CLERK)
16            THE COURT:  COUNSEL, DOES THIS WORK FOR YOU IF I SET
17   THIS MATTER FOR FRIDAY, JUNE 2ND?  HOPEFULLY, I'LL HAVE AN
18   ORDER TO YOU BEFORE THEN.
19            MS. AHUMADA:  I'M OUT OF THE COUNTRY.
20            THE COURT:  OKAY.
21            MS. AHUMADA:  I'M SORRY.  I'M BACK IN THE COUNTRY ON
22   JUNE 5TH, AND I'M BACK AFTER THAT INDEFINITELY.  I DON'T HAVE
23   ANY, ANYTHING ELSE.
24            (OFF-THE-RECORD DISCUSSION BETWEEN THE COURT AND THE
25   COURTROOM CLERK)
```

| | |
|---|---|
| 1 | THE COURT: MY NEXT AVAILABLE WOULD BE FRIDAY, THE |
| 2 | 16TH OF JUNE. DOES THAT WORK? |
| 3 | MS. AHUMADA: I HAVE NO OBJECTION AS LONG AS COUNSEL |
| 4 | HAS NO OBJECTION. |
| 5 | MR. ZUGMAN: I'M STARTING A CIVIL TRIAL IN STATE |
| 6 | COURT ON THAT 16TH, ALTHOUGH WE HAVE -- |
| 7 | THE COURT: WHOSE COURTROOM? |
| 8 | MR. ZUGMAN: STURGEON, JUDGE STURGEON. |
| 9 | THE COURT: BUT ON FRIDAYS THEY DO NOT HAVE TRIALS |
| 10 | BECAUSE HE'S DOING HIS MOTION CALENDAR. |
| 11 | MR. ZUGMAN: IT WILL BE AN ENTIRELY NEW EXPERIENCE |
| 12 | FOR ME TRYING A CIVIL CASE IN STATE COURT, AND I'M SURE I'M |
| 13 | PROCEDURALLY -- |
| 14 | THE COURT: WELL, YOU'RE GOING IN FRONT OF A GOOD |
| 15 | JUDGE, SO THAT'S A GOOD THING FOR A NEW EXPERIENCE. |
| 16 | SO LET'S GO WITH THE 16TH. |
| 17 | MR. ZUGMAN: FAIR ENOUGH, YOUR HONOR. |
| 18 | THE COURT: DOES THAT WORK FOR EVERYBODY? |
| 19 | MS. AHUMADA: YES, YOUR HONOR. |
| 20 | THE COURT: AND I'LL TRY TO GET AN ORDER OUT TO YOU |
| 21 | BEFORE THEN. IF I DON'T, I'LL GIVE IT TO YOU THEN, AND THIS |
| 22 | WOULD BE A STATUS TO SEE, IN LIGHT OF THAT RULING, WHERE WE GO |
| 23 | FROM HERE. |
| 24 | MR. ZUGMAN: FAIR ENOUGH, YOUR HONOR. |
| 25 | I'LL BE SEEING JUDGE STURGEON ON THIS FRIDAY. IS |

```
 1   THERE SOMETHING IN PARTICULAR THAT I SHOULD COMMUNICATE TO THE
 2   JUDGE?
 3           THE COURT:  TELL HIM THAT YOU'LL BE OTHERWISE
 4   OCCUPIED ON THE 16TH OF JUNE AND GIVE HIM MY BEST.
 5           MR. ZUGMAN:  I WILL, YOUR HONOR.
 6           THE COURT:  SO, ANYTHING ELSE ON THIS?
 7           THE DEPUTY CLERK:  THAT'S AT 1:30.
 8           THE COURT:  OH, THAT'S AT 1:30 ON THE 16TH.
 9           OKAY.  IS THAT EVERYTHING, MR. ZUGMAN, MISS AHUMADA,
10   MR. HARRIGAN?
11           MS. AHUMADA:  YES, YOUR HONOR.
12           MR. ZUGMAN:  YES, YOUR HONOR.
13           THE COURT:  OKAY.  THANK YOU.
14           EVERYBODY AGREES, OF COURSE, SINCE I'VE GOT TO TAKE
15   THIS UNDER SUBMISSION TO DECIDE THIS AND READ EVERYTHING,
16   TIME'S EXCLUDED.
17           MR. ZUGMAN:  MOTIONS ARE PENDING, YOUR HONOR.
18   ABSOLUTELY.
19           THE COURT:  OKAY.
20           MS. AHUMADA:  YES, YOUR HONOR.  THANK YOU.
21           THE COURT:  THANK YOU.
22           (PROCEEDINGS ADJOURNED AT 2:43 P.M.)
23   ---------------------------------------------------------------
24                       (END OF TRANSCRIPT)
25
```

1          I, FRANK J. RANGUS, OFFICIAL COURT REPORTER, DO

2   HEREBY CERTIFY THAT THE FOREGOING TRANSCRIPT IS A TRUE AND

3   ACCURATE TRANSCRIPTION OF MY STENOGRAPHIC NOTES.

4

5           S/FRANK J. RANGUS

6           FRANK J. RANGUS, OCR

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25